FILED

06/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0305

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0305

REECE WANDLER,

      Petitioner,

    v.                             ORDER

CAPT. JASON KOWALSKI,

      Respondent.

In a May 17, 2024 Order, this Court directed the Attorney General or counsel for the Department of Corrections to file a written response to self-represented Petitioner Reece Wandler's Petition for Writ of Habeas Corpus, alleging a lack of credit for time served and requesting a sentence calculation. The response would have been due on or before June 17, 2024. This Court has not received a motion for extension of time nor a response. Therefore,

IT IS ORDERED *sua sponte* that the Attorney General or counsel for the Department of Corrections is GRANTED <u>an additional</u> thirty days from June 17, 2024, in which to prepare, file, and serve a written response together with a sentence calculation or other appropriate documentary exhibits. Counsel may move this Court for an extension of time, if necessary.

The Clerk is directed to provide a copy of this Order to counsel of record and to Reece Wandler personally.

DATED this ⊂ʰ day of June, 2024.

For the Court,

By _____
Chief Justice